UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| CHRISTOPHER DALY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13-cv-382 |
| | ) | |
| WACKER-CHEMIE AG, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| AARON ASHLEY PERRY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13-cv-384 |
| | ) | |
| WACKER-CHEMIE AG, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The above-styled cases have been reviewed by the undersigned magistrate judge pursuant to Local Rule 3.2(d)(3), and the Court concludes these cases are related to previously filed Case No. 1:13-cv-306, styled *Michael W. Bridges, Jr. v. Wacker-Chemie Achte Venture GmbH, Inc.* The Clerk of the Court is directed to assign these cases to the district judge and magistrate judge assigned to the previously-filed matter, Case No. 1:13-cv-306.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE